IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIENNA ESTABLISHMENTS, LIMITED d/b/a TRADEWAYS LTD., <br><br> Plaintiff, <br><br> v. <br><br> GENTEX CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:22-CV-00727-KM |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please be advised that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Vienna Establishments, Limited, d/b/a Tradeways, Ltd., hereby voluntarily dismisses its claims against Defendant, Gentex Corporation, without prejudice.

                                                  **FOX ROTHSCHILD LLP**

                                                  By:    /s/ Danielle E. Ryan
                                                         Danielle E. Ryan, Esquire, I.D. No. 314229
                                                         747 Constitution Drive
                                                         Exton, PA  19341
                                                         *Attorneys for Plaintiff,*
                                                         *Vienna Establishments, Limited d/b/a*
                                                         *Tradeways, Ltd.*

Date:  June 21, 2022

135122140

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIENNA ESTABLISHMENTS, LIMITED d/b/a TRADEWAYS LTD., <br><br> Plaintiff, <br><br> v. <br><br> GENTEX CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 3:22-CV-00727-KM |

## CERTIFICATE OF SERVICE

I, Danielle E. Ryan, hereby certify that on June 21, 2022, I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal on the following via the Court's Electronic Filing and email:

Donna A. Walsh, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street
Suite 200
Scranton, PA  18503
dwalsh@mbklaw.com
*Counsel for Defendant, Gentex Corporation*

By:  /s/ Danielle E. Ryan
      Danielle E. Ryan
      *Counsel for Plaintiff*

135122140